| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA FORSTER, | | Case No.: 1:22-cv-01191-KES-CDB (PC) |
| | Plaintiff, | **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY** |
| v. | | (Docs. 72, 73) |
| STEPHANIE CLENDENIN, et al., | | |
| | Defendants. | |

Plaintiff Joshua Forster is a civil detainee proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Clendenin and Price for violations of Plaintiff's Fourteenth Amendment rights and related state law violations.

### I.     INTRODUCTION

On June 27, 2024, Plaintiff submitted a Consent Order Granting Substitution of Attorney, substituting Pilar R. Stillwater as counsel of record for Plaintiff. The substitution form is signed and dated June 19, 2024, by Plaintiff, and includes an electronic signature for Attorney Stillwater dated June 19, 2024. (Doc. 72.) The following day, a second Consent Order Granting Substitution of Attorney form was filed with the Court, again signed and dated June 19, 2024, by Plaintiff, but providing a scanned signature for Attorney Stillwater dated June 26, 2024. (Doc. 73.)

## II. CONCLUSION AND ORDER

Plaintiff's requests to substitute Pilar R. Stillwater as attorney of record for Plaintiff comply with Local Rule 182(g). Accordingly, Plaintiff's request to substitute attorney (Docs. 72, 73) are **HEREBY GRANTED**.

IT IS SO ORDERED.

Dated: **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE