UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-01191-KES-CDB (PC)<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND TO FILE JOINT STATUS REPORT WITHIN 21 DAYS** |

Plaintiff Joshua Forster is a civil detainee formerly proceeding pro se but now though counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Clendenin and Price for violations of Plaintiff's Fourteenth Amendment rights and related state law violations.

**I.     INTRODUCTION**

The Court issued its Order Re Plaintiff's Motions for Leave to Propound Additional Interrogatories on May 30, 2024, resolving three discovery motions. (Doc. 68.)

On July 1, 2024, the Court issued its Order Granting Plaintiff's Substitution of Attorney. (Doc. 74.)

Pending before the Court is Plaintiff's Request for Leave to Propound Additional Interrogatories: Defendant Stephanie Clendenin, Set Seven (Doc. 66) filed May 23, 2024. Defendants have opposed and Plaintiff has replied. (Docs. 69-71.)

**II.     DISCUSSION**

All parties to this action are represented by counsel. Counsel will be directed to meet and confer and to provide a joint status report concerning the status of discovery. Specifically, the parties shall review all pleadings, including the pending discovery motion filed May 23, 2024. The parties will then meet and confer concerning the discovery motion to determine whether partial or full resolution of the discovery dispute can be reached without Court intervention. The parties shall detail and explain their meet and confer efforts in the joint status report and state what dispute(s) remain pending, if any, following their conference.

**III.    CONCLUSION AND ORDER**

Accordingly, this Court **ORDERS**:

1. The parties **SHALL** meet and confer concerning the outstanding discovery motion (Doc. 66) **within 14 days** of the date of this order;
2. The parties **SHALL** file a joint status report as outlined above **no later than 21 days** from the date of this order.

IT IS SO ORDERED.

Dated:   **July 29, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

2